```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :   GOVERNMENT'S FORFEITURE
                                        :   BILL OF PARTICULARS
                                        :   21 U.S.C. § 853
        - v. -                          :
                                        :   11 Cr. 614 (VM)
ALPHONSE TRUCCHIO, ET AL                :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment -- as proceeds of the offense and/or as property used to commit or facilitate the offense and/or as substitute assets -- as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

    8814 Bay Parkway, Apt 1E, Brooklyn, NY 11214- Lot 1 Block 6447-Owners are Aleksandr Kravets and Tatyana Nimzorova.

    8886 19th Avenue, Brooklyn, NY 11235-Lot 165 Block 6464- Owner Aleksandr Kravets 1 family dwelling

    654 Old Country Road, Huntington Station, NY 11746-Owner Aleksandr Kravets -District 0400 Section 209.00 Lot 057 Block 0002

Dated:    New York, New York
            November 30, 2011

                                     Respectfully Submitted,

                                       PREET BHARARA
                                       United States Attorney

                      By:    _____
                             KAN NAWADAY
                             Assistant United States Attorney
                             Telephone: (212) 637-1583