AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

_Anthony_ ) 
**Plaintiff** )
_v._ ) Case No. S1 11 cr 614 VM
_Frascone_ )
**Defendant** )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Deft_

Date: _11/30/11_

_[signature]_
**Attorney's signature**

_John Nicholas Iannozzi_
**Printed name and bar number**

_74 Trinity Pl_
**Address**

_NY NY 10006_
**E-mail address**

_212 227 9595_
**Telephone number**

**FAX number**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 30 2011