Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1979)
John Nicholas Iannuzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/11

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA FACSIMILE- (212) 805-6382

Re: United States v. Anthony Frascone
Docket No.: 11 CR 614 (VM)

Honorable Sir:

Our office represents Anthony Frascone, a Defendant in the above indicated matter.

Defendant was granted bail in the amount of One Million ($1,000,000) Dollars secured by three financially responsible people and a home of Defendant's wife in Nassau County. All these conditions were to be completed by December 14, 2011.

All of the financially responsible people have been interviewed and have executed the bond.

The judgment by confession, that shall serve as security for the bond, is presently being processed by the Nassau County Clerk's Office. We have yet to receive the entered judgment from that office but hope to receive the same by Thursday, December 22, 2011.

We have advised AUSA Daniel Chung of the status of the above to which he has no objections.

We write to both keep Your Honor informed of the bail conditions and to seek your approval of the delayed completion thereof.

If there is any further information required concerning the above said, please have someone on Your Honor's staff contact us and we shall be pleased to provide the same.

Respectfully,

john nicholas iannuzzi, J.D.

City of New York
December 14, 2011

C: AUSA Daniel Chung

SO ORDERED. Request GRANTED. The time for defendant Anthony Frascone to satisfy the conditions of bail imposed herein is extended to 12-22-11.

DATE 12-15-11 / VICTOR MARRERO, U.S.D.J.

74 Trinity Place - City of New York 10006 - (212) 8A7-9595
Long Island: 775 Park Avenue - Huntington 11743 - (631) 385-8182
Connecticut: 266 Post Road East - Westport - H.D. Murphy
Los Angeles: 1577 West Olympic Boulevard - D.A. Elkan
Washington, D.C. - 1615 L Street, N.W. - D.E. Santarelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Roma: Via XX Settembre, 118 - Avv. Mauro Ficre
Monterolo 1592 Ave. des Pins W. - Claude Gicoard
Nassau, Bahamas: Trinity Place - Kord Smith M.P.
E-mail - LawOffice@iannuzzi.net
Facsimile (212) 8A7-2699