USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2012

Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1972)
John Nicholas Iannuzzi, J.D.

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>**VIA FACSIMILE (212) 805-6382**</u>

Re: **USA v. Anthony Frascone**
<u>**Docket No.: 11-CR-614 (VM)**</u>

Honorable Sir:

Our office represents Anthony Frascone, a Defendant in the above indicated matter.

Recently the Defendant's Mother-in-Law, Albertina Michelini, passed away. We write Your Honor to respectfully request that <u>the Defendant's bail conditions be modified so that he is permitted to attend the wake and funeral services that will take place at some time between today and the end of this week.</u>

While present at the wake and funeral services, the Defendant will not associate with any persons whom he is restricted from associating with pursuant to the conditions of his bail.

We have contacted the government in this regard and it has consented to the above request. Additionally, Pre-Trial Services has no objection to this request.

Should Your Honor require any further or additional information concerning the above indicated, kindly have someone on your staff contact our office and we shall endeavor to provide the same.

Respectfully,

IANNUZZI AND IANNUZZI

By: *Matthew P. Raso*
Matthew P. Raso, Esq.

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
March 21, 2012

City of New York
March 20, 2012

74 Trinity Place - City of New York 10006 - (212) BA7-9695
Long Island: 775 Park Avenue - Huntington 11743 - (631) 385-8182
Connecticut: 266 Post Road East - Westport - H.D. Murphy
Los Angeles: 1377 West Olympic Boulevard - D.A. Elden
Washington, D.C. - 1616 L Street, N.W. - D.E. Sanderelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Rome: Via XX Settembre, 118 - Avv. Maura Fiore
Montreal: 1592 Ave. des Pines W. - Claude Girouard
Nassau, Bahamas - Trinity Place - Karl Smith M.P.
E-mail - LawOffice@Iannuzzi.net
Facsimile (212) BA7-2099