USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/12

Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1973)
John Nicholas Iannuzzi, J.D.

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Sent Via Facsimile: 212-805-6382

Re: **United States v. Anthony Frascone**
**Docket No.: 11 CR 614 (VM)**

Honorable Sir:

This office represents the above-named Defendant.

As Mr. Frascone is currently under house arrest, we submit this letter as a request for temporary modification of bail conditions.

We seek permission for Mr. Frascone to attend his Aunt, Tessie Napolitano's, wake at Joseph A. Luccese Funeral Home located at 726 Morris Park Avenue, Bronx, New York, 10462, on the evening of Monday September 10, 2012, as well as the funeral mass on September 11, 2012, from 7:30am to approximately 6:00pm, at St. Clare's Roman Catholic Church, Bronx, New York.

We request that Mr. Frascone be permitted to leave his home with sufficient time to be at the wake Monday September 10, 2012 from 7:00pm until 9:00pm and at the funeral on September 11, 2012, from 7:30am to approximately 6:00pm.

We have discussed the above modification with AUSA Daniel Chung, and he has indicated he has no objections thereto.

If there is any further information required relative to any of the above, please contact our office and we shall endeavor to provide the same.

Thank you for you consideration in this matter.

SO ORDERED:

_____
Hon. Victor Marrero

City of New York
September 10, 2012

Respectfully,

_____
john nicholas iannuzzi, J.D.