Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1972)
John Nicholas Iannuzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Sent Via Facsimile: 212-805-6382

Re: **United States v. Anthony Frascone**
 **Docket No.: 11 CR 614 (VM)**

Honorable Sir:

This office represents the above-named Defendant.

As Mr. Frascone is currently under house arrest, we submit this letter as a request for temporary modification of bail conditions.

We seek permission for Mr. Frascone to spend Christmas with his mother on Christmas Day, December 25, 2012, located at 2435 Tieman Avenue, Bronx, New York 10465, from approximately 12:00 p.m. and leaving her home at approximately 10:00 p.m.

We have discussed the above modification with the United States Attorney, and they have indicated there is no objection thereto.

If there is any further information required relative to any of the above, please contact our office and we shall endeavor to provide the same.

Thank you for you consideration in this matter.

SO ORDERED:                                    Respectfully,

_____                     _____
Hon. Victor Marrero                            john nicholas iannuzzi, J.D.

City of New York
December 14, 2012

Request GRANTED. The bail conditions of defendant _Anthony Frascone_ herein are modified to permit travel to _Bronx, NY_ on _12-25-12_ thru _12-25-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

_12-14-12_   _____
DATE          VICTOR MARRERO, U.S.D.J.

74 Trinity Place - City of New York 10006 - (212) BA7-9596
Long Island: 775 Park Avenue - Huntington 11745 - (631) 386-8182
Connecticut: 266 Post Road East - Westport - H.D. Murphy
Los Angeles: 1377 West Olympic Boulevard - D.A. Ellen
Washington, D.C. - 1615 L Street, N.W. - D.E. Santorelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Remote Via XX Settembre, 118 - Avv. Mauro Fiore
Montreal: 1592 Ave. des Pins W. - Claude Giasson
Nassau, Bahamas - Trinity Place - Karl Smith, M.P.
E-mail - LawOffice@iannuzzi.net
Facsimile (212) BA7-2099