Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1972)
John Nicholas Iannuzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/13

Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

Sent Via Facsimile: 212-805-6382

Re:  United States v. Anthony Frascone
     Docket No.: 11 CR 614 (VM)

Honorable Sir:

This office represents the above-named Defendant.

With the consent of the Government, this letter/request is submitted for a modification of the Defendant's current bail conditions to the following:

Defendant's home detention shall be discontinued;

Defendant shall be subject to electronic monitoring;

Defendant to be subject to a curfew between 9 PM to 8 AM each day, seven (7) days a week, during which time he shall be confined to home;

Defendant will seek and/or maintain gainful employment while remaining on these modified bail conditions.

We ask this Court to consider, and upon consideration, grant the above said modifications at your earliest convenience.

If the Court requires any other or further information relative to the above request, please have someone on your staff contact this office and we shall endeavor to provide the same.

SO ORDERED:

_____
Hon. Victor Marrero

City of New York
January 31, 2013

c: A.U.S.A. Michael Ferraro
   Pre-Trial Services

Respectfully,

_____
john nicholas iannuzzi, J.D.

SO ORDERED. The modifications of defendant Anthony Frascone's bail conditions set forth above are approved.

2-1-13
DATE        VICTOR MARRERO, U.S.D.J.

74 Trinity Place - City of New York 10006 - (212) BA7-9595
Long Island: 775 Park Avenue - Huntington 11743 - (631) 380-8182
Connecticut: 266 Post Road East - Westport - H.D. Murphy
Los Angeles: 1377 West Olympic Boulevard - D.A. Elden
Washington, D.C. - 1615 L Street, N.W. - D.E. Santorelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Roma: Via XX Settembre, 118 - Avv. Mauro Fierro
Beijing: Wudong Plaza, No. 9 - Wu Chen
Montreal: 1592 Ave. des Pins W. - Claude Girouard
Nassau, Bahamas - Trinity Place - Keod Smith M.P.
Email - LawOffice@iannuzzi.net
Facsimile (212) BA7-2099